# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JAMES RENALDO,

Appellant,

v.

FINANCIAL PORTFOLIOS II, INC., as successor in interest to
WELLS FARGO BANK, N.A. f/k/a WACHOVIA; and
CONSOLIDATED AMERICAN INDUSTRIES CORPORATION,

Appellees.

No. 2D20-3275

————————————————

September 29, 2021

Appeal from the Circuit Court for Hillsborough County; Emmett
Lamar Battles, Judge.

Christine K. Sahyers of Law Offices of Christine K. Sahyers,
Jacksonville, for Appellant.

Robert J. Lindeman of Marcadis Singer P.A., Tampa, for Appellee
Financial Portfolios II, Inc., as successor in interest to Wells Fargo
Bank, N.A. f/k/a Wachovia.

No appearance for Appellee Consolidated American Industries
Corporation.


PER CURIAM.

     Affirmed.

MORRIS, C.J., and KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.